UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:26-cv-26518-RAR

CONSTANCE AVERY,

Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE,

Defendant.
_______________________________/

**JOINT SCHEDULING REPORT**

Pursuant to Southern District of Florida Local Rule 16.1, the Parties respectfully submit the following Joint Scheduling Report, together with the Parties' Joint Proposed Scheduling Order, attached hereto as **Exhibit 1**, and state as follows:

**A. LIKELIHOOD OF SETTLEMENT**

Unknown at this time. The Parties agree to engage in good faith settlement discussions during the course of litigation.

**B. LIKELIHOOD OF APPEARANCE OF ADDITIONAL PARTIES**

Since discovery has not yet commenced, it is unknown at this time whether additional parties will be named or appear in this action.

**C. PROPOSED LIMITS ON THE TIME**

**a. TO JOIN OTHER PARTIES AND TO AMEND THE PLEADINGS;**

**b. TO FILE AND HEAR MOTIONS; AND**

**c. TO COMPLETE DISCOVERY.**

*See* **Exhibit 1**, the Parties' Joint Proposed Scheduling Order.

**D. PROPOSALS FOR THE FORMULATION & SIMPLIFICATION OF ISSUES, ETC.**

At this time, the parties have no specific proposals for the formulation and simplification of issues, but agree to continue working in good faith to simplify all issues, claims, and defenses in this action. The parties agree to stipulate as to the authenticity of documents where practicable.

**E. THE NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS**

It is unknown at this time whether there will be a necessity for amendment of the pleadings.

**F. POSSIBILITY OF OBTAINING ADMISSIONS OF FACT, AND OF OBTAINING DOCUMENTS, ELECTRONICALLY STORED INFORMATION, OR THINGS WHICH WILL AVOID UNNECESSARY PROOF, ETC.**

The parties will work together to discuss stipulations with respect to the admissions of fact and documents and possible stipulations regarding the authenticity of documents in an effort to avoid unnecessary proof. The parties will confer in an effort to come to agreements to avoid unnecessary proof and cumulative evidence prior to filing the pretrial stipulation.

**G. SUGGESTIONS FOR AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE**

The parties will confer in an effort to come to agreements to avoid unnecessary proof and cumulative evidence, including potential stipulations to the authenticity of documents received via subpoena or through discovery.

**H. SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE JUDGE OR MASTER**

The Parties respectfully do not agree to the referral of any matters to a Magistrate Judge or Master other than discovery matters. For any matters referred to the Magistrate Judge, the Parties respectfully reserve the right to appeal such matters to the district court.

**I. PRELIMINARY ESTIMATE OF TIME REQUIRED FOR TRIAL**

Four (4) to five (5) days.

**J. REQUESTED DATE OR DATES FOR CONFERENCE BEFORE TRIAL, FINAL PRETRIAL CONFERENCE, AND TRIAL**

*See* **Exhibit 1**, the Parties' Joint Proposed Scheduling Order.

**K. ELECTRONIC DISCOVERY ISSUES:**

The Parties foresee no electronic discovery issues at this time.

**L. ANY OTHER INFORMATION THAT MIGHT BE HELPFUL TO THE COURT IN SETTING THE CASE FOR STATUS OR PRETRIAL CONFERENCE.**

None at this time.

Dated: November 6, 2026
Miami, FL

*Respectfully submitted,*

By: */s/ William T. Rieder*__________
THOMAS B. SCOLARO, ESQ.
Fla. Bar No.: 178276
tom@usinjury.law
WILLIAM T. RIEDER, JR., ESQ.
Fla. Bar No.: 0044834
billy@usinjury.law
**SCOLARO LAW, P.A.**
1728 Coral Way, Suite 702
Miami, FL 33145
Tel: (305) 424-2300
Fax: (305) 424-2140

*Counsel for the Plaintiff,*
*Constance Avery*

*Respectfully submitted,*

By: */s/ Luis E. Llamas*__________
LUIS E. LLAMAS, ESQ.
Fla. Bar No.: 89822
llamas@joneswalker.com
CHRISTOPHER C. HERNANDEZ, ESQ.
Fla. Bar No.: 1070021
chernandez@joneswalker.com
**JONES WALKER LLP**
201 S. Biscayne Blvd, Suite 3000
Miami, FL 33131
Tel: (305) 679-5700
Tel: (305) 679-5710

*Counsel for Defendant,*
*Carnival Corporation Ltd.*